IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01712-REB-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC., d/b/a Brown Palace Hotel & Spa,

Defendant.

## ORDER

This matter arises on the **Motion for Leave to Intervene As Party Plaintiff** [Doc. # 4, filed 7/30/2010] (the "Motion"). I am informed that the Motion is unopposed. See Joint Motion to Vacate Hearing on Motion for Leave to Intervene as Party Plaintiff [Doc. # 13] at ¶3.

IT IS ORDERED that the Motion [Doc. # 4] is GRANTED. Renate Rivelli is allowed to intervene as a party plaintiff. The Clerk of the Court is directed to accept for filing the Complaint In Intervention and Jury Demand [Doc. # 4-1.].

Dated August 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge