IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01712-REB-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

RENATE RIVELLI,

Intervenor,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC., d/b/a Brown Palace Hotel & Spa,

Defendant,

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend the Scheduling Order to Extend the Deadline for Amendment of Pleadings** [docket no. 26, filed November 9, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties have a deadline of to and including **December 10, 2010**, in which to amend pleadings.

DATED:  November 10, 2010